**Order entered April 8, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01209-CV

**E.F. JOHNSON COMPANY, Appellant/Cross-Appellee**

**V.**

**INFINITY GLOBAL TECHNOLOGY F/K/A INFINITY GEAR AND TECHNOLOGY, LLC, ET AL., Appellees/Cross-Appellants**

**On Appeal from the 95th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-11-14303-D**

## ORDER

We **GRANT** the parties' April 6, 2015 joint motion to extend briefing schedule and order

the parties' reply briefs be filed no later than April 17, 2015.

/s/     CRAIG STODDART
           JUSTICE